UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
RADA ASMACOVA,

                Plaintiff,

        vs.

ALIGN COMMUNICATIONS, INC.,

                Defendant.
------------------------------------------------------------- x

Civil Action No. 1:16-cv-03563

**Electronically Filed**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for Defendant Align Communications, Inc., and requests that a copy of all pleadings, notices, filings, correspondence and other papers relating to this action be served upon the undersigned at the address stated below.

Dated: Newark, New Jersey
          August 2, 2016

PROSKAUER ROSE LLP

*/s/ Nicholas M. Tamburri*
Nicholas M. Tamburri
ntamburri@proskauer.com
One Newark Center
Newark, NJ 07102-5211
Tel: (973) 274-3200
Fax: (973) 274-3299
*Attorneys for Defendant*
*Align Communications, Inc.*