

Proskauer Rose LLP   One Newark Center   Newark, NJ 07102-5211

A New York Limited Liability Partnership
Lawrence R. Sandak, Managing Resident Partner

September 2, 2016

Edna D. Guerrasio
Attorney at Law
d 973.274.3200
f 973.274.3299
eguerrasio@proskauer.com
www.proskauer.com

***By ECF***

Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Rada Asmacova v. Align Communications, Inc.*
      16-CIV-3563 (JMF)

Dear Judge Furman:

We represent the Defendant, Align Communications, Inc. in the above-referenced matter.  We hereby submit this letter seeking an adjournment of the initial pretrial conference scheduled for Tuesday, September 6, 2016.  Prior to making this request, we made several unsuccessful attempts to discuss this adjournment request with our adversary.

Defendant filed its Answer on August 1, 2016.  The next day, the parties were referred to the SDNY's Mediation Program.  On August 23, 2016 the parties participated in an initial mediation conference with the court-appointed mediator and agreed upon a mediation date of October 5, 2016.  The parties are currently working to exchange the documents outlined in the Pilot Discovery Protocols for Counseled Employment Cases and have scheduled an initial production date of September 9, 2016.

Given that the parties are actively participating in the SDNY's Mediation Program and fully engaged in mediation efforts with the hope of coming to an early resolution of this matter, we respectfully request that the date for the initial pretrial conference be adjourned until sometime after the October 5, 2016 mediation session.

Thank you for Your Honor's consideration.

Respectfully,

*/s/ Edna D. Guerrasio*

Edna D. Guerrasio

cc:   Owen Laird, Esq. (*via ECF*)

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC